Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOLLY ANN MAHANY | **JUDGMENT IN A CIVIL CASE**<br>CASE NUMBER: 14-CV-693A |
| v. | |
| CITY OF BUFFALO POLICE DEPARTMENT,<br>STATE OF NEW YORK ET AL | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Schroeder's Report and Recommendation, Plaintiff's motions to vacate prior judgments and to amend her complaint are denied. It is further ordered that Defendant Buffalo Police Department's motion to dismiss and for judgment on the pleadings is granted, and that Defendant Erie County District Attorney Office's motion to dismiss and for judgment on the pleadings is also granted.

Date: April 16, 2018      MARY C. LOEWENGUTH
                          CLERK OF COURT


                          By: s/Suzanne
                              Deputy Clerk